IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/<br>Respondent,<br><br>vs.<br><br>JUAN GABRIEL BUCIO,<br><br>Defendant/<br>Petitioner. | No. CR-F-98-5392 OWW<br><br>ORDER DENYING PETITIONER'S MOTION FOR SENTENCE ADJUSTMENT PURSUANT TO 18 U.S.C. § 3582 |

On January 23, 2008, Petitioner Juan Gabriel Bucio filed a "Motion for Sentence Adjustment Under 18 U.S.C. § 3582." Petitioner contends that, because of his status as a deportable alien, he is ineligible to participate in the BOP's drug abuse program or in half way house release. Petitioner contends that this requires him to serve his sentence under conditions more severe than those facing citizens under similar circumstances.

Petitioner was sentenced to 168 months incarceration on September 20, 2000. Petitioner did not file an appeal from his

1

conviction and sentence.

Petitioner's motion is DENIED. 18 U.S.C. § 3582(c) precludes the Court from modifying a term of imprisonment once it has been imposed unless a motion for reduction is filed by the Director of the Bureau of Prisons, 18 U.S.C. § 3582(c)(1), or unless the term of imprisonment was based on a sentencing range that has subsequently been lowered by the United States Sentencing Commission and such reduction is consistent with applicable policy statements issued by the Sentencing Commission, 18 U.S.C. § 3582(c)(2). Neither of these preconditions apply to Petitioner.[1]

IT IS SO ORDERED.

Dated:   February 5, 2008              /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE

---

[1] Petitioner filed a similar motion on January 2, 2008. The motion was denied by Order filed on January 11, 2008. Petitioner was advised concerning the possible recharacterization of the motion for reduction of sentence as a motion for relief pursuant to 28 U.S.C. § 2255 and ordered to file a pleading within 30 days of January 11, 2008 advising whether he consents to the recharacterization of the motion as a Section 2255 motion or elects to withdraw the motion. Because the January 11, 2008 Order properly advises Petitioner of his potential rights and remedies, the Court does not repeat them here.